W. A. WILSON, Appellant, v. UNITED STATES of America, Appellee.

No. 6448.

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1932.

A. B. Conger, of Bainbridge, Ga., for appellant.

Arthur B. Chilton, U. S. Atty., of Montgomery, Ala., and J. Osmond Middleton, Asst. U. S. Atty., of Birmingham, Ala.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.